# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### WITNESS LIST

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No.: 3:18-cr-00035-SLG**                    **Judge: SHARON L. GLEASON**

**Title: U.S.A.**
**vs.  LOUIS HOLGER EKLUND**

**Dates of Hearing/Trial:  January 31, 2020**

**Deputy Clerk/Recorder:  Robin Carter**

**Official Reporter:        Sonja L. Reeves**

························· **WITNESSES** ·························

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 1/31/2020 | 2:06 p.m. | 2:48 p.m. | W-1 | Kristy Becker | DEF |
| 1/31/2020 | 2:53 p.m. | 2:54 p.m. | W-2 | Louis Holger Eklund | DEF |
| 1/31/2020 | 3:15 p.m. | 3:43 p.m. | W-2 | Louis Holger Eklund | DEF |