In the Native Village of Kotzebue Tribal Court Second Judicial District at Kotzebue
By and through the United States District Court for the District of Alaska
Article III 3:15-cv-00046

Native Village of Kotzebue,
by and through
Louis Holger
Article III Court of Record
Claimant



By /s/ KB, Deputy

**Oath of Office**

Case No. 2KB-16-00156 CI

*"I, Louis Holger, do solemnly swear (or affirm), that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Article III Supreme Court Justice, United States District Court for the District of Alaska, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States. So help me God."*

This certifies that on 1/26/2017
Copies of this document were Filed in
NVOK Tribal Court Second Judicial District
At Kotzebue.

1/26/2017
Date

_____
Notary Public or other individual authorised
To administer Oaths.

Louis Holger
Louis Holger
Article III Supreme Court Justice
United States District Court
District of Alaska

1/26/17
Date

Attachment #1
Page 1 of 1

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST.
Clerk of the Trial Courts of Kotzebue
By /s/ KB, Deputy

AD LEGEM ET ORDINEM

VOID: THIS IS NOT A VALID COURT ORDER. IT IS A FILING BY A SELF-REPRESENTED LITIGANT