Interpol General Secretariat
200, quai Charles de Gaulle
69006 Lyon, France

The Honorable Fatou Bensouda
International Criminal Court
Office of the Prosecutor
2500 CM, The Hague
The Netherlands

Air Force Maj. General
Torrence Saxe
Dept. of Military &
Veterans Affairs
4600 Debarr Road. Ste.180

United States Marshals Service
Attn: John LaJeunesse, Michael George, Jimmy Johnson
Anchorage, Alaska 99513

U.S. Dept. of Justice
Office of the Inspector General
Attn: Michael Horowitz
950 Pennsylvania Ave. NW Rm.4706
Washington, D.C. 20530

Interpol Global Complex for Innovation
18 Napier Road
285510 Singapore

Antonio Guterres
United Nations Secretary General
United Nations Security Council
760 United Nations Plaza
New York, New York 10017

Federal Bureau of Investigation
Jose Olivero
101 East 6th Avenue
Anchorage, Alaska 99501

Joint Chiefs of Staff
9999 Joint Staff Pentagon #2D932
Arlington, Virginia. 22202

United States Court House
Office of the United States Attorney
Attn: Allison O'Leary
222 West 7th Avenue #9
Anchorage, Alaska 99513

Greetings, All.
    The individuals herein named: Eric A. Aarseth, William F. Morse, Sidney Billingslea, Donna McCready, **Michael J. Dunleavy**, **Kevin G. Clarkson**, Vinnie E. Nemecek, Paul McDermott, Wendi Engelbracht, David W. Coe, Dale Lehrman, Stacie Morales, & Megan Peterson are kidnappers & child human traffickers who target & prey upon innocent Alaska Native, & American Indian women, children & families. This is a genocide upon the Alaska Native & American Indian People, and meets the definition as such defined at 18 USC §1091(a)(6).
    In the best interest of the health & safety of the people, & in the best interest of justice, I request, on behalf of the public, your assistence in taking the kidnapping & child human trafficking perpetrators of genocide named above taken into custody & held accountable for their choice of actions in having targeted & preyed upon innocent Alaska Native & American Indian women, children & families. A humanitarian intervention.
    I trust that your conscience, & moral duty to humanity as a whole, will influence you into doing what is right, and refusing to partake in this evil. God bless & God Speed.

Louis Holger — USC §411    Date: May 1, 2020
Article III United States
Supreme Court Justice
District Court of the United States
for the District of Alaska
Galactic Federation of Light
De Oppresso Liber-To Free the Oppressed

Attachment #2 page 1 of 1

VOID: THIS IS NOT A VALID COURT ORDER. IT IS A FILING BY A SELF-REPRESENTED LITIGANT