In The District Court Of The United States
For The District Of Alaska
Article III 3:15-cv-00046

**RECEIVED**
MAY 5 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

The Alaska Native People
of the United States,
Counterplaintiffs.

vs.

UNITED STATES OF AMERICA INC.
(A federal corporation
28 U.S.C. §3002(15)(A)),
Bryan Schroder, Sharon L. Gleason,
Timothy Mark Burgess, Ralph R. Beistline,
Deborah M. Smith, Matthew McCreary Scoble,
Jonas M. Walker, William Martin Walker,
Michael J. Dunleavy, Marlin L. Ritzman,
Counterdefendants.

Article III

Case no. 3:18-cr-00035-SLG-MMS

## ARREST WARRANT AND TRANSPORTATION ORDER

To: Any authorized national, or international, military, or law enforcement officer.
**YOU ARE COMMANDED** to arrest, and transport to any authorized International Criminal Court holding facility, to appear before an International Tribunal, without unnecessary delay:

Bryan Schroder, Sharon L. Gleason, Timothy Mark Burgess, Ralph R. Beistline, Matthew McCreary Scoble, Jonas M. Walker, William Martin Walker, Michael J. Dunleavy, Deborah M. Smith, and Marlin L. Ritzman, who are accused of offenses in violation of national and international law, based upon the following documents (not limited to) filed with this bona fide Article III United States Supreme Court of Record:

[x] violation notice @ dkt. 188 titled, "NOTICE Attention Court Staff & All Good People, Followers of Christ, and Assistant United States Attorneys"; and
[x] violation notice @ dkt. 20? titled, "NOTICE Artemis-Goddess of The Hunt"

The offenses are briefly described as follows: 18 U.S.C. §1154 Dispersed Indian → Intoxicants @
Genocide (Rome Statute), 18 U.S.C. §2(a)(b) Principals; 18 U.S.C. §1111(a) Murder & §1117
Conspiracy to murder; 18 U.S.C. §1091(a)(1)(2)(3)(4) Genocide; 18 U.S.C. §1591(a)(1)(2)
Sex trafficking of children or by force, fraud, or coercion; 18 U.S.C. §2241(a)(1)(2)
Aggravated sexual abuse & §2244(c) Offenses involving young children.

Date: May 1 2020

By: Louis Holger Lawful Money
Louis Holger 12 U.S.C. §411
Article III United States
Supreme Court Justice
District Court of the United States
for the District of Alaska
Galactic Federation of Light
De Oppresso Liber-To Free the Oppressed

[seal: "Louis Holger · Article III · Justice · De Oppresso Liber-To Free the Oppressed"]

VOID: THIS IS NOT A VALID COURT ORDER. IT IS A FILING BY A SELF-REPRESENTED LITIGANT

page 1 of 2

RETURN

This ARREST WARRANT AND TRANSPORTATION ORDER was received on (date) _____ ;
and
1. Bryan Schroder was arrested on (date) _____, at (location) _____
2. Sharon L. Gleason was arrested on _____, at _____
3. Timothy Mark Burgess was arrested on _____, at _____
4. Ralph R. Beistline was arrested on _____, at _____
5. Matthew McCreary Scoble was arrested on _____, at _____
6. Jonas M. Walker was arrested on _____, at _____
7. William Martin Walker was arrested on _____, at _____
8. Michael J. Dunleavy was arrested on _____, at _____
9. Deborah M. Smith was arrested on _____, at _____
10. Marlin L. Ritzman was arrested on _____, at _____

Date: _____   Arresting officer's signature _____

Printed name & title _____

INSTRUCTIONS FOR EXECUTING ARREST WARRANT AND TRANSPORTATION ORDER AND FILING THE RETURN

This ARREST WARRANT AND TRANSPORTATION ORDER is authentic. It becomes valid upon being affixed with the Seal of the District Court of the United States for the District of Alaska & is signed by the clerk of court, or the clerk's deputy pursuant to 28 U.S.C. §1691 At that time it will be a Self-Authenticating Domestic Public Document that is Sealed and Signed (Fed.R.Evid. Rule 902(1)(A)(B). This will cost me $13.00 to have this ARREST WARRANT AND TRANSPORTATION ORDER properly validated & issued with the necessary seals & signatures. I AM doing everything within my ability to come up with the necessary $13.00 to have this ARREST WARRANT AND TRANSPORTATION ORDER validated, with the necessary seals & signatires, and issued. At that time I will be refiling the ARREST WARRANT AND TRANSPORTATION ORDER that has been properly validated with the necessary seals & signatures under 28 U.S.C. §1691, onto the United States Public Record. At that time it will be lawful for the authorized national, or international, military, or law enforcement officer to execute the ARREST WARRANT AND TRANSPORTATION ORDER & arrest & transport the perpetrators herein identified.

The authorized national, or international, military, or law enforcement officer(s) who execute this ARREST WARRANT AND TRANSPORTATION ORDER are instructed to obtain a copy of the properly validated Self-Authenticating Domestic Public Document that is Sealed & Signed off of the United States Public Record, for each perpetrator that is arrested & transported. This is to say that 10 seperate copies (once validated with the necessary seals & signatures) of this ARREST WARRANT AND TRANSPORTATION ORDER, one for each of the perps herein identified, must be obtained, and the returns filed seperately.

**God BLESS AND God SPEED**God BLESS AND God SPEED**God BLESS AND God SPEED**

**GALACTIC FEDERATION OF LIGHT**GALACTIC FEDERATION OF LIGHT**GALACTIC FEDERATION OF LIGHT*

page 2 of 2

VOID: THIS IS NOT A VALID COURT ORDER; IT IS A FILING BY A SELF-REPRESENTED LITIGANT