Louis Holger (True Name) - Political Prisoner
dba LOUIS HOLGER EKLUND INC #396774 (Cestui Que Vie Trust)
Redeemed In Lawful Money Pursuant To Title 12 U.S.C. §411
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska - 99501-

RECEIVED APR 08 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

In The District Court of the United States
For The District of Alaska

UNITED STATES
OF AMERICA,
Plaintiff,
  vs.
LOUIS HOLGER EKLUND,
Defendant.

Case No. 3:18-CR-00035-SLG

## MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE PURSUANT TO FED. R. EVID. RULE 201

**\*\*SUPPORTING AFFIDAVIT\*\***

I, Louis Holger, an Alaska Native Inupiaq People of the United States & a **Guardian of Truth**, under penalty of perjury, in this Article III Court of Record, state the following to be true & correct to the best of my knowledge & belief:

**I AM** 100% innocent. The Judge Sharon L. Gleason, the Prosecutor Jonas M. Walker & other government bad actors (**the bad People**) have me unjustly imprisoned. **The bad People** are trying to frame me out of retaliation for me exposing, to the public en masse, a Political Federal grant money kidnapping & child human trafficking machine that abducts & trafficks Native children, in violation of the **Indian Child Welfare Act (ICWA)**. **The bad People** do this while falsely claiming to be operating pursuant to - & not in violation of - the **ICWA**.

**The bad People** are operating the child human trafficking machine by way of the "abuse or threatened abuse of law or the legal process" & "coercion" as defined in the Trafficking Victims Protection Act (18 U.S.C. §1591) & at TITLE 22 U.S.C. CHAPTER 78. TRAFFICKING VICTIMS PROTECTION. §7102. The definitions are the same at both statutes on human trafficking.

**The bad People** also have me unjustly imprisoned, & are trying to frame me, out of retaliation for me exposing, to the public en masse, Kotzebue Police Department (KPD) officers **THOMAS SLEASE** & SGT **NORMAN HUGHES** who were/

Page 1 of 5

# The Order of Melchizedek

LOVE, WILLING SERVICE, & FULLFILMENT

## An Intuitive Truth

Calling All Rebel Angels, Homo angelicus, and the Approaching Planetary Transformation

are beating & raping drunk Native girls inside of jail cells at the Kotzebue Regional Jail (KRJ) in the KPD, KRJ Indigenous Female Tribal Member Human Sex Trafficking Machine.

After I began to expose the child human trafficking machine & the KPD, KRJ Indigenous Female Tribal Member Human Sex Trafficking machine, the bad People began to retaliate upon me by targetting & preying upon innocent women & innocent children who I know & love (my wife, children, & personal female friends & tribal members). Kidnap, violence & rape was their preferred method of retaliation. Now the bad People are retaliating upon me by having me unjustly imprisoned & trying to frame me because I AM exposing, to the public en masse, the truth about their financial interest in kidnaps, violence, & rapes, being perpetrated upon innocent Alaska Native Women & children.

A reflection of the public record, in this matter, will reveal that the prosecutor Jonas M. Walker, the judges Sharon L. Gleason, Timothy Mark Burgess & Debora M. Smith, et al. have told repetative & pathetic pathological lies in their ~~continued~~ continuous efforts at:

* Trying to cover up the child human trafficking machine & the KPD, KRJ Indigenous Female tribal member human Sex Trafficking machine.

* Subjecting me to torture (as defined at 18 U.S.C. §2340 (1)(2)(B)), cruel & unusual punishments & trying to frame me out of retaliation for exposing the truth about the child human trafficking machine & the KPD, KRJ Indigenous Female tribal member human Sex trafficking machine.

Page 2 of 5

I've kept a public record, for the specific purpose of exposing how the Prosecutor <u>Jonas M. Walker</u> intends to attempt to frame me at trial by entering false & misleading documents, as trial exhibits, for the jury to review, with purpose, & knowledge, & intent, aforethought & planning, for his bogus victims of "substantional emotional distress", <u>CARLA R. ERICKSON</u>, & <u>NICOLE NORMA STOOPS</u>, & his other trial witnesses to perjure themselves on the witness stand. The public may review these at:

- Defendant's Trial Memorandum, Filed at dkt 377.
- 1st Addendum to Defendant's Trial Memorandum, RE: dkt 377. Filed at dkt 396.
- 2nd Addendum to Defendant's Trial Memorandum, RE: dkt 377. Filed at dkt 397.
- 3rd Addendum to Defendant's Trial Memorandum, RE: dkt 377. Filed at dkt 408-1.

At dkt 434 the Prosecutor, <u>Jonas M. Walker</u>, filed a document titled "NOTICE REGARDING SUMMARY EXHIBIT 301 TO BE ADMITTED UNDER FEDERAL RULE OF EVIDENCE 1006" (herein after "the notice"). In the notice the Prosecutor essentially says that the number of phone calls & emails that I sent to his bogus victims, <u>CARLA R. ERICKSON</u> & <u>NICOLE NORMA STOOPS</u> is too voluminous to play during trial so he has prepared "audio and visual exhibits depicting only a fraction of the total offense conduct."

The Prosecutor has added an attachment to dkt 434. At dkt 434-1 is the Prosecutor's attachment titled "Defendant's Course of Conduct", which the Prosecutor intends to enter as "Government Exhibit 301". In Government exhibit 301 the Prosecutor tells another pathological lie & falsely claims that I called his bogus victim of "substantional emotional distress", <u>NICOLE NORMA STOOPS</u>, 185 times from August to October 2016. This is a BALD FACE LIE!! I've added as attachment #2 discovery pages 2792 & 2793, which is <u>NICOLE NORMA STOOPS</u> own account of how many times I called her between August 29, 2016 through September 29, 2016. <u>NICOLE NORMA STOOPS</u> claims that I called 20 times, in her specific list of dates, & times. I've added as attachment #3 discovery pages 6496 & 6497, which is a writing authored by <u>NICOLE NORMA STOOPS</u>, dated September 13, 2016, in which she claims that I called her 13 times.

My previously referenced Trial Memorandum & its 1st, 2nd, & 3rd Addendum debunk how the Prosecutor intends to enter bogus trial exhibits (Government Exhibits 1, 2, & 3) & to have

Footnote #1. dkt 434. Page 3 of 3. Lines 5 & 6.

Page 3 of 5

his bogus victim of "substantional emotional distress", CARLA R. ERICKSON & NICOLE NORMA STOOPS, & other bogus trial witnesses commit perjury by providing false testimony in attempt to authenticate nonauthentic documents.

I've added as attachment #1 herein the Prosecutor's filings at dkt 434, "the Notice", & its attachment at dkt 434-1, "Defendant's Course of Conduct" in which the Prosecutor falsely claims that I called NICOLE NORMA STOOPS 185 times in August - October 2016, & the Prosecutor intends to ~~use~~ file as "Government Exhibit 301".

In the Notice, on Page 1 of 3, line 30, the Prosecutor writes verbatim,

"Exhibit 301 will be authenticated by FBI Special Agent Christopher Doremus or other witnesses..."

This is another example of the Prosecutor, Jonas M. Walker, intending to knowingly, & with purpose & intention aforethought enter a bogus document (fabricated evidence) as a trial exhibit, for the purpose of misleading the jury, in his attempts at framing me and; intending to knowingly, & with purpose & intention aforethought have one of his bogus witnesses commit perjury by providing false testimony in an attempt to authenticate non authentic (fabricated evidence) document, Government Exhibit 301.

## **MOTION * MOTION * MOTION**

Based upon the information provided in the supporting affidavit & attachments 1, 2, & 3 herein I motion the court to take judicial notice of the following facts.

Fact #1. The Prosecutor, in his Government Exhibit 301, falsely claims that I called his bogus victim of "substantional emotional distress", NICOLE NORMA STOOPS 185 times.

Fact #2. On Pages 2772 & 2773, of discovery, (attachment #2 herein) NICOLE NORMA STOOPS claims that I called her 20 times.

Fact #3. On Pages 6496 & 6497, of discovery, (attachment #3 herein) NICOLE NORMA STOOPS claims that I called her 13 times.

Fact #4. Based upon the Prosecutor's bogus victim of "substantional emotional distress", NICOLE NORMA STOOPS, number of times she claims that I called her & the number of times the Prosecutor falsely claims I called her, in Government Exhibit 301, the Prosecutor has added aproxamently 165 non-existant fabricated phone calls into his ~~exhibit~~ Government Exhibit 301.

Fact #5 The Prosecutor intends to enter fabricated, bogus, fictitious evidence as government exhibit 301, in his attempt to mislead the jury & frame me.

Page 4 of 5

~~Case 3:18-cr-00035-SLG   Document 468-1   Filed 03/10/21   Page 4 of 15~~

Fact #6. The Prosecutor intends to purposefully, knowingly & with purpose & intention aforethought have FBI Special Agent Christopher Doremus, or other witnesses commit perjury by providing false testimony to the jury ("testilying") in an attempt to authenticate a non-authentic (fabricated evidence) "Government Exhibit 301".

## **NOTICE**

The purpose of "The Notice" at dkt 434 is because the Prosecutor has fabricated approximately 165 voicemails. He does not have them to play to the jury because they did not ever exist. They are a figment of his corrupted imagination. So he makes a bogus "Government Exhibit 301".

## **LIST OF EVIDENTIARY ATTACHMENTS**

1. Attachment #1. The Prosecutor's "NOTICE REGARDING SUMMARY EXHIBIT 301 TO BE ADMITTED UNDER FEDERAL RULE OF EVIDENCE 1006" filed at dkt 434 and; the Prosecutor's fabricated evidence "Government Exhibit 301" filed at dkt 434-1.
2. Attachment #2. The Prosecutor's bogus victim of "Substantional emotional distress", NICOLE NORMA STOOPS, detailed list of dates & times that she claims I called her 20 times, between the dates of August 24, 2016 through September 29, 2016. These are discovery pages #2772 & 2773.
3. Attachment #3. The Prosecutor's bogus victim of "Substantional emotional distress", NICOLE NORMA STOOPS, document dated September 13, 2016 in which she stated that I had called her 13 times. These are discovery pages #6496 & 6497.

## **MAXIMS OF LAW**
## **BOUVIER'S 1856 LAW DICTIONARY**

1. A fault binds its own author; 2. What the record proves as true ought not to be denied; 3. External actions reveal internal secrets; 4. It is a fraud to conceal a fraud; 5. He who does not speak the truth is a traitor to the truth; 6. Reason is a ray of the divine light.

## **FAMOUS QUOTE**

"Stupid is is stupid does" - Forrest Gump

Louis Holger Guardian of Truth        April 4, 2021
Louis Holger - Guardian of Truth              Date
An Alaska Native Inupiaq People of the United States
Galactic Federation of Light - De Oppresso Liber
The Order of Melchizedek - Priest of God Most High

**ADDITIONAL QUOTE**
"Liars hate the truth"
- Louis Holger



Louis Holger EKLUND #396774
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska -99501-

Legal Mail

District Court of the U.S.
For the District of Alaska
Office of the Clerk of Court
222 West 7th Avenue. #4
Anchorage, Alaska -99501-

Dear clerk:
Please file this
motion seperately,
3. Not as an attachmen
to any other filing.
Thank You.