IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS HOLGER EKLUND,
a/k/a LOUIS HOLGER,

    Defendant.

Case No. 3:18-cr-00035-SLG

## VERDICT

### COUNT 1:

We the Jury find the defendant, Louis Holger Eklund, a/k/a Louis Holger,

NOT GUILTY or (GUILTY)

(circle one)

of Count 1 (Cyberstalking) as charged in the Indictment.

### COUNT 2:

We the Jury find the defendant, Louis Holger Eklund, a/k/a Louis Holger,

NOT GUILTY or (GUILTY)

(circle one)

of Count 2 (Cyberstalking) as charged in the Indictment.

*Answer the following question <u>only</u> if you found the defendant guilty of Count 2. If you found the defendant not guilty of Count 2, do not answer the following question—proceed directly to bottom of the page.*

We the Jury, having found the defendant guilty of Count 2, also find that the government proved beyond a reasonable doubt that defendant Louis Holger Eklund, a/k/a Louis Holger, committed an act in violation as charged in Count 2 knowing that his conduct was in violation of a protection order issued to Nicole Stoops.

NO  or  (YES)

(circle one)

*Once you have finished your deliberations and completed this verdict form, please have your Jury Foreperson date and sign this page.*

DATED: 4/26/21

REDACTED SIGNATURE
FOREPERSON