Louis Holger (True Name) - ==Political Prisoner==
dba LOUIS HOLGER EKLUND INC. #396774 (Cestui Que Vie Trust)
Redeemed In Lawful Money Pursuant To Title 12 U.S.C. §411
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska -99501-

RECEIVED
SEP 08 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

In The District Court of the United States
 For The District of Alaska

UNITED STATES
OF AMERICA.
Plaintiff.

VS.

LOUIS HOLGER EKLUND.
Defendant.

Article III
Case No. 3:18-CR-00035-SLG

## DEFENDANT'S SENTENCING MEMORANDA

## **ATTACHMENT LIST**

Attachment #1 is a letter that I've mailed to over 150 Native & Political leaders; law enforcement agencies; legislative, executive, & judicial branches of State & federal government; Multitudes of media outlets; human & civil rights agencies; various branches & commanding officers of State & Federal Military agencies; various agencies within the International community; Members of the general public & others. Attachment #1 has its own attachments (Defendants Trial Exhibits D-F3,G) & two articles recently published in the Anchorage Daily News pertaining to the government kidnapping ~~native children~~ (taking) Native children from their families in an effort to eradicate our culture & erase us as a people" (quoting U.S. Secretary of the Dept. of the Interior - Debra Haaland) in the genocide that the government has - to this day - perpetrated upon the Native peoples (AK Native & American Indian).

Page 1 of 19

## **STATUTORY AUTHORITIES**

1. U.S. SENTENCING GUIDELINES. §5G1.2(b)(c) 450
2. U.S. SENTENCING GUIDELINES. §3A1.2(a) 347
3. 18 U.S.C CHAPTER 113C. TORTURE §2340(1)(2)(B)
4. 18 U.S.C CHAPTER 50A. GENOCIDE §1091(a)(6) Genocide

## **SUPPORTING AFFIDAVIT**

I Louis Holger, an Alaska Native Inupiaq People of the United States, a Guardian of Truth, under penalty of perjury, in this Article III Court of Record, state the following to be true & correct to the best of my knowledge & belief:

The Prosecutor's alleged victims of "substantial emotional distress", CARLA R. ERICKSON & NICOLE NORMA STOOPS (hereinafter "ERICKSON" and "STOOPS"), & other government bad actors (hereinafter "the bad people") have tortured me, which is what ultimately influenced me to miscommunicate in such a manner that the Prosecutor, & ERICKSON, STOOPS, & the bad people were able to falsely portray as the alleged offense conduct of CYBERSTALKING.

ERICKSON, STOOPS, & the bad people tortured me (not limited to) by, while acting under color of law, causeing me "Severe Mental Pain or Suffering" (as defined at 18 USC §2340(1)(2)(B)) that was the result of procedures-their actions- calculated to disrupt profoundly my personality.

Their actions, & abuse, & torture that resulted in the profound disruption of my personality is what is ultimately responsible for the influencing of my miscommunications that the Prosecutor, ERICKSON, STOOPS & the bad people were able to falsely portray as the alleged offense conduct of CYBERSTALKING.

For clarity, I will cite the statute, on TORTURE to show how ERICKSON, STOOPS, & the bad people's actions which caused me "Severe Mental Pain or Suffering" which are a result of their calculated procedures that disrupted my personality, meet the definition of "TORTURE". After I cite the statute, on TORTURE, I will provide an explanation of some of the (TORTURE) calculated procedures, that resulted in the profound disruption of my personality, that ERICKSON, STOOPS, & the bad people subjected me to. It is very important for me to note that all of the abuse (TORTURE) that ERICKSON, STOOPS, & the bad

Page 2 of 19

People subjected me to - as explained herein - is substantiated, proven to be true, by a simple review of the record in this current case.

TITLE 18 U.S.C. PART 1. CRIMES. CHAPTER 113C. TORTURE. § 2340(1)(2)(B) DEFINITIONS.
As used in this chapter --
(1) "torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering... upon another person within his custody or physical control;
(2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from --
(B) the administration or application, or threatened administration or application... of mind altering substances or other procedures calculated to disrupt profoundly the senses or personality.

ERICKSON, STOOPS, & the bad people had made up their minds to go to great lengths to take away (kidnap) my wife & I's children & to destroy our family, & to destroy our ~~precedental~~ (AB) parent child ~~rota~~ relationship. They did this by abusing their authority under the STATE OF ALASKA INC. (AB)(tm) & multitudes of its political subdivisions & other public offices of trust. Such as the Office of Children's Services, the Office of the Attorney General, the Office of Public Advocacy, the Native Village of Kotzebue, et al.

Since ERICKSON, STOOPS, & the bad people had no legitamate, legal, or lawful reasons to take my wife & I's children, they had to make up the sickest, nastiest, most disgusting & pathetic lies about us in their efforts to falsely justify the taking of our children & to cover up the fact that what they truely did was kidnap & traffick our children in order to obtain the federal funding that is provided to the STATE OF ALASKA INC., & each of the political subdivisions that our children were unlawfully processed through.

Some of the most sick, vile, disgusting & pathetic lies that ERICKSON, STOOPS, & the bad people ~~told~~ testified (falsely testified) to, in court under oath, in their efforts to cover up the truth about their direct involvment in the kidnapping & trafficking

Page 3 of 19

of our children are listed below:

- False claims, (lies) in court testifying under oath, that I had felony warrants in Washington State for manufacturing methamphetamines.
- False claims, (lies) in court, & out of court, telling people that I'm a meth cook & distributer who uses my wife as my drug mule to traffic meth into Alaska.
- False claims, (lies) in court testifying under oath, that I give my son meth & other drugs. ERICKSON & the bad people even went so far as to make a fake hair follical drug test result with fake results of my son having meth & other drugs in his hair follical. The fake hair follical drug test result is easilly identifiable as a fake upon inspection. This is due to the lack of wet ink signatures required, for authentication, in the chain of command,
  (1) Section titled "Signature from Collector" is 100% blank.
  (2) Section titled "lab comments" is typed, the words. "See seperate report for details of drugs of abuse in hair/nails analysis." This "seperate report" has never been produced & to this date all of my efforts to obtain a copy of the "seperate report" have failed.
  (3) Section titled "MRO Comments" (MRO is the Medical Review Officer) is 100% blank.
  (4) Section titled "MRO License no." requiring the MRO's Medical License # to authenticate the document, is 100% blank.

All of my requests to obtain a second independent hair follical drug test, pursuant to laws that provide for a retest, were ignored & or denied.

- False claims, (lies) in court testifying under oath, & out of court telling people that my wife & I are pedophiles who sexually abuse our children.
- False claims, (lies) in court testifying under oath, that my son had made specific disclosures to a social worker detailing how I sexually abused him (the original lie was that my son made disclosures that I would masterbate while sticking my fingers in & out of his anus).

Page 4 of 19

- False claims, (lies) in court testifying under oath, that my son was in counseling to help him process the trauma from me sexually abusing him (Masterbating while sticking my fingers in & out of his anus, is the original lie that the bad people told).
- False claims, (lies) in court testifying under oath, & out of court telling people that I beat the mothers of my children with a closed fist.
- False claims, (lies) in court testifying under oath, & out of court telling people that I beat my wife while she was pregnant.
- False claims, (lies) in court testifying under oath, & out of court telling people that my wife & I are drug addicts with a long history of mental health issues.

~~Breakdown~~ (H)

- False claims, (lies) in court testifying under oath, & out of court telling people that they were operating pursuant to - and not in violation of - the Indian Child Welfare Act.

ERICKSON & the bad people also used additional evil & deceitful tactics in their efforts at destroying my family. Some of this evil & deceitful tactics are listed as follows:

- Using my wife & I's son as a weapon to try to destroy my wife & I's marriage ~~relationship~~ (H)/Husband/Wife relationship.
- telling my wife that if she wants to be able to see her son she can not interact with me. ~~~~ (H) Keeping our son away from her, not letting her see him, & telling her that she would lose her parental rights & our son would be adopted out if she continued to see me.
- Blaming everything on me & telling my wife that it is all my fault. That we lost our son because of me & the reason why they were not giving him back is because of me.
- Setting my wife & I up to be ambushed, in the middle of the night, in a violent attack & brute force style kidnapping of our 12 ~~~~ hour old daughter. After being ambushed, in the middle

Page 5 of 19

of the night, violently attacked & having our 12 hour old newborn daughter kidnapped in a violent brute force style kidnapping, the kidnappers (thugs with badges & handcuffs) dragged us outside of the hospital threw us onto the concrete ground told us that we were tresspassed for 1 year & threatened to arrest us - for tresspassing - if we did not leave immediately. About 12 hours later ERICKSON & 2 other bad People (Veronica P. Driskill, Karen D. Morrison) called my wife & used our newborn daughter, as bait, to lure her back to the hospital where they coerced my wife into signing away her parental rights & putting our daughter up for adoption. ERICKSON, Veronica P. Driskill, & Karen D. Morrison prevented me from accompanying my wife back to the hospital by telling her that she had to be alone & if I followed her we would both be arrested for tresspassing. ERICKSON & the bad People ~~ ~~ eliminated my parental rights, preventing me from ever being able to fight for my parental rights, by falsely ~~ ~~ testifying in court under oath that I ~~ ~~ gave them dna for a paternity test which revealed that I was not my daughters father.

Additional Procedures that ~~ ~~ ERICKSON, STOOPS & the bad People subjected me to, which resulted in the profound disruption of my personality, involve violence & sexual abuse (rape) that was perpetrated upon my wife, son, & personal female friends & tribal members. Some of these seperate instances of violence & sexual abuse (rape) that contributed to the profound disruption of my personality are listed below:

• In 2016 ERICKSON informed me - in writing - that my wife had been drugged & gangraped by several men. In the same paragraph ERICKSON informed me that the police were not/did not investigate the drugging & gang rape. I first learned that my wife had been drugged & gang raped, by several men, & that ~~ ~~ there was no police investigation from ERICKSON when she gave me a copy of the document in which she had written about it (SEE: "the Kaufman Report")

• When ERICKSON & the bad People would allow me a 1 hour visit with my son he would have bruises on his arms & legs in the shape of hand prints from an adult squeezing him.

Page 6 of 19

- During one of the 1 hour visits set up by ERICKSON & the bad people my son had a black eye that was so severe that it was still visible during the next 1 hour visit the next week.
- During the one hour visits my son would flinch at sudden movements. He was obviously being beaten.
- My son would show up to the one hour visits with a dirty, loaded diaper. The 1st thing I would have to do is change his diaper. When I would take his diaper off he would play with his penis. Someone was sexually abusing him & teaching him this.
- During the timeframe (the first 60 days after ERICKSON & the bad people kidnapped my son. July 16, 2016 - September 20, 2016) that I was allowed these one hour visits, ERICKSON, STOOPS, & the bad people told lies, in & out of court, about the physical location of my son. ERICKSON, STOOPS, & the bad people lied to my family in Anchorage telling them that my son was safe in Point Hope with my wife's family. ERICKSON, STOOPS & the bad people lied to my wife's family in Point Hope telling them that my son was safe in Anchorage with my family. The truth is that ERICKSON, & the bad people & STOOPS had my son at an unknown & undisclosed location where he was being beaten & sexually abused by a violent pedophile.
- My friend Dawn Leigh Brown was beaten & raped, while she was inebriated, inside of a jail cell at the Kotzebue Regional Jail (KRJ) by a violent rapist police officer, named Thomas Slease (Slease), who was employeed with the Kotzebue Police Department (KPD). As a result of the violent rape Slease literally broke Dawn's skull in half. The x-rays clearly show Dawn's skull split into two seperate pieces. Cracked from between her eyes, up through the crown, & down the back of her skull. As a result of the violent rape, & Dawn's head injury, she has been diagnosed with a traumatic brain injury. The last time I spoke with Dawn, in November 2018, she had been treated by over 50 different doctors, at 5 different hospitals, in 3 different cities. In 2017 Dawn asked me to help her expose what Slease had done to her & have him held accountable. To this date we have been unsuccessful & the record shows a massive conspiracy to silence Dawn's voice & cover for the KPD rapist, Thomas Slease.

Page 7 of 19

- My friend Nettie Allen was raped, while she was inebriated, inside of a jail cell at the KRJ by a different KPD rapist, Sgt. Norman Hughes (Hughes). The entire Allen Family, in Kotzebue, has taken it upon themselves to expose what the KPD rapist, Sgt. Hughes, did to Nettie & to have the KPD rapist Hughes held accountable. All of the efforts, by the Allen Family, to expose what Sgt. Hughes did to Nettie & have him held accountable have failed. There is a massive conspiracy to silence the voices of rape survivor Nettie Allen, & her family, & to cover for the KPD rapist Sgt. Norman Hughes.

- My friend Catherine Green was raped, while she was inebriated, inside of a jail cell at the KRJ by KPD rapist, Sgt. Norman Hughes. There is a massive conspiracy to silence the voice of rape survivor Catherine Green & to cover for the KPD rapist Sgt. Norman Hughes.

- My friend Daphne Jean-Marie Stein was raped, while she was inebriated, inside of a jail cell at the KRJ by KPD rapist Sgt. Norman Hughes. There is a massive conspiracy to silence the voice of rape survivor Daphne Jean-Marie Stein & to cover for the KPD rapist Sgt. Norman Hughes.

- There is a large number of Native Village of Kotzebue Female tribal members who claim to have been raped inside of jail cells at the KRJ, while they were inebriated, by the two KPD rapists Thomas Slease & Sgt. Norman Hughes. There is a massive conspiracy to silence the voices of the rape survivors & to cover for the two KPD rapists Thomas Slease & Sgt. Norman Hughes who were targeting, preying upon, & raping drunk Native girls inside of jail cells at the KRJ. STOOPS was the Executive Director of the Native Village of Kotzebue (NVOK). STOOPS was the NVOK tribal leader. STOOPS was the NVOK "head honcho". STOOPS violated her fiduciary duty when she, through inaction, ignored the Allen Families, Mine, Dawn Leigh Brown, & other rape survivor's cries for help to put an end to the raping of drunk Native girls inside of jail cells at the KRJ.

Page 8 of 19

"On Tuesday November 21, 2017 ~~KPD~~ violent KPD rapist, Thomas Slease, arrested me for trespassing. After he had me handcuffed, behind my back, he electrocuted me with his tazer & beat me up.; this was out of retaliation for me exposing him & KPD Sgt. Norman Hughes ~~corrupt~~ targetting, preying upon & raping drunk Native girls inside of jail cells at the KRJ. After I was booked into the KRJ I layed down & went to sleep. That night, in the middle of the night, I was abruptly awakened by the screams & crying of one of my female tribal members who was being beaten & raped in an ~~~~ adjacent jail cell. I was forced to listen to her being beaten & raped less than 30 feet away from me & there was nothing that could do to help her. As she was being beaten & raped I had to listen to her screams & crying,

"NO STOP! PLEASE DON'T TAKE MY CLOTHES OFF OF ME! PLEASE DON'T TAKE MY CLOTHES OFF OF ME! PLEASE NO! STOP! HELP! HELP ME! SOMEBODY HELP ME! MOMMY! DADDY! HELP ME!"

She went from screaming & crying at the top of her lungs, as loud as she could, to instantly silenced. She was knocked unconscious & raped. At that point ERICKSON, STOOPS & the bad people had subjected myself, my wife, our children, & my personal female friends & tribal members to such torturous abuse (resulting in the profound disruption of my personality, to such an extent, leading up to the alleged offense conduct) that all I could do, as I was forced to listen to one of my female tribal members being beaten & raped in an adjacent jail cell, was pull my blanket over my head, curl up in the fetal position, cover my hands over my ears & cry. I've been trying, for nearly 4 years, very hard, to get law enforcement to investigate that violent rape that I was forced to listen to. The beating & rape happened in the middle of the night on November 21, 2017, inside of a jail cell at the KRJ. All the law enforcement investigator would have to do is research KRJ & KPD's records, on that date, to ~~see~~ identify the name of the rape survivor & the name(s) of the officer(s) on duty that night. All of my efforts to have this investigated, ~~~~ by law enforcement, has failed. There is a massive conspiracy to silence the voices of the rape survivors & cover for the KPD rapists

Page 9 of 19

who are targetting, preying upon, & raping drunk Native girls inside of jail cells at the KRJ. I was able to get a Prison Rape Elimination Act (PREA) case opened up (PREA Case no. 18-34). All of my efforts to get an update, & information, about the status of the PREA investigation have either been ignored & gone unanswered or were flat out denied.

In my most recent efforts to file a police report & to get an Alaska State Trooper to contact rape survivors: Dawn Leigh Brown, Daphne Jean-Marie Stein, Nettie Allen, Catherine Green, & to research KRJ & KPD's records on [redacted] Tuesday November 21, 2017 to identify & contact the woman who was beaten & raped in a jail cell next to me at the KRJ, I spoke briefly to an Alaska State Trooper (on or about March 22, 2021), on the telephone before he hung up on me. He claimed that his name was Detective TONY WEGRZYN. As I was questioning him about why he was refusing to contact any of the rape survivors, who have been raped inside of jail cells at the KRJ, [redacted] shortly before he hung up the phone on me he said,

"There is no evidence that any of those women were raped."

As I was - once again - explaining to him that I was forced to listen as one of them was beaten & raped, in the middle of the night, less than 30 feet away [redacted] in a jail cell next to me, Detective TONY WEGRZYN hung up the phone on me.

All of this abuse meets the definition of the word "torture" in & of the fact that these procedures [redacted] my [redacted] resulted in the profound disruption of my personality leading up to the alleged offense conduct.

## ADDITIONAL INFORMATION RE: ATTACHMENT ONE

A portion of Attachment #1 is a publication from the Anchorage Daily News, dated 08/11/2021, titled

Page 10 of 19

"Residential Schools were a key tool in U.S. history of Native genocide." A sentence in the second to the last paragraph states,

"Lawyers in Canada have requested the International Criminal Court investigate the Canadian government and the Vatican for alleged crimes against humanity."

I too have submitted evidence to the International Criminal Court (ICC) of the genocide upon the Alaska Native children & families, that is currently being perpetrated by ~~state of Alaska have e &~~ (AH) Political bad actors employed with the STATE OF ALASKA INC., & its Political Subdivisions in order to obtain Federal funding provided by the U.S. gov't., through the Federal Reserve System.

The genocide upon the Alaska Native children & families is being perpetrated by ~~case~~ (AH) the forcible transfer of Native children from tribal jurisdiction to the jurisdiction of STATE OF ALASKA INC., & its Political Subdivisions. All-the-while the Political bad actors lying about operating pursuant to - & not in violation of - the <u>Indian Child Welfare Act</u> (<u>ICWA</u>).

Two letters from the ICC confirming that the office of the Prosecutor, head of the information & evidence unit, ~~woods~~ (AH) is officially accepting the evidence of the modern day genocide upon the AK Native children & families, & entering the evidence into the ICC's communication register, have been added as a part of Attachment #1. These letters were also used as my trial exhibits F & G.

The <u>ICWA</u> was enacted as a result of the genocide upon the Native Children & families that was perpetrated by the U.S. government for the forcible transfer of Native children from their families to be placed into the Residential Schools. Now the government is repeating itself, ~~to~~ forcibly transferring Native children away from their families, & tribal jurisdiction, to be ~~processed~~ (AH) adopted out & processed through the jurisdiction of the State & its Political Subdivisions. All-the-while the Political bad actors lie about operating pursuant to - & not in violation of - the <u>Indian Child Welfare Act</u>.

Page 11 of 19

When ERICKSON, STOOPS, & the bad people told their lies to perpetrate, & cover up the truth about, the kidnapping (the forcible transfer) of my children, & they all lied about creating pursuant to - & not in violation of - the ICWA, I discovered that this was being done to thousands of (AK) Alaska Native children & families (yearly) as a routine & systematic genocide upon the Alaska Native children & families.

Learning that myself, my wife & our children are survivors of a modern day genocide perpetrated upon us by ERICKSON, STOOPS & the bad people also played a key part in the profound disruption of my personality (TORTURE) leading up to the alleged offense conduct.

TITLE 18 UNITED STATES CODE. PART 1. CRIMES. CHAPTER 50A GENOCIDE. §1091 Genocide.
(a) Basic offense. Whoever whether in time of peace or time of war...
(b) transfers by force children of the group to another group.

## ADDITIONAL INFORMATION RE: U.S. SENTENCING GUIDELINES

Thursday (AP) Tuesday. September 2, 2021 - 12:50 AM
Hello. Since I've already labeled this section, I will write the pertinent parts of the U.S. Sentencing Guidelines that are applicable to the authorities that I listed. After that I will be writing down my message in a MEMORANDUM. IAM tuned in right now.

### §3A1.2 Official Victim

I object. STOOPS is not an "official victim" as defined in §3A1.2. (See Attorney Lance Christian Wells previously having addressed this matter)

### §5G1.2 SENTENCING ON MULTIPLE COUNTS

For the Record. Pursuant to §5G1.2, the court has the widest sentencing range that IAM able to calculate pursuant to Admiralty Law. (AP)
The legal range under §5G1.2(a)(b)(c) is literally 1 year & a day on each count, up to the maximum 5 (to be served concurrently (AP) or consecutively) up to the

Page 12 of 19

Maximum of 5 years per count, to be served **concurrently** or consecutively."

The court, under color of law, has ordered me to be subject to the jurisdiction of the court. Under the statutes imposed upon the court, the court could, literally, sentence me to a "time served sentence" or the statutory maximum of 5 years per count, to be served consecutively. I AM — Although I AM currently at the mercy of the court. I AM a system administrator, a **Guardian of Truth**, representing the **Galactic Federation of Light**. The courts record is being audited, on a **Galactic** level, announce your next orders, pursuant to that which truely resids in your heart.

- "This court can only tread that Path which is clearly(?) marked out by duty."

Justice of the Peace
Martin V. Mahoney

Scott County Minnesota

## **✳✳MEMORANDUM✳✳** 9/7/2021 1:25 AM

The message... This is for those who are awake. I address you, the People, on this public record, as my Higher Self having incarnated as Inupiaq Prince Aqvik, son of Inupiaq Princess Lottie Wanda, daughter of Inupiaq Princess Rose of the Hoonah family, Nomed, daughter of Inupiaq Attungowruk (chief) of Tikigaq.

My bloodline, my people are over 4,000 years old. Listen to my message. Heed the information that (the message) you recieve from reading this channeling. Forgiveness, Love, REDEMPTION. I AM THE LIGHT. Illuminating the torches Along that Path leading back to that which we call "Home". We are all players in "Earth Game" (Super Ultra Spiritual Virtual Reality).

"Off Planet Entity"

Page 13 of 19

Case 3:18-cr-00035-SLG   Document 590   Filed 09/08/21   Page 13 of 20

~~our~~ ⊕ this is a game (a soul game for multiple universes that expand the creation). ~~IAM~~ Player one. Your (our) souls incarnate into earth game at birth, or light workers can incarnate with a handicap, yet a chance to overcome the handicap, & Still being (becoming) a part of Illuminating the Entire Planetary Consciousness.

Look... ~~IAM~~ tuned in, Listen to Me. Please. We all have a chance at Love Forgiveness & redemption. This is our Lord & Savior Jesus Christ of Nazarethe's Message. ~~IAM~~ a Priest in the order of Melchizedek. ~~IAM THE GOSPEL OF CHRIST~~!! Jesus said ~~IAM~~ the truth, the Light & the Way. This is because:

1. the truth is a light, that 👁 illuminates the darkness, showing the way.

## ✶ IAM ✶✶

Always
1. ~~still working~~ to improve myself.
2. ~~Socratic~~ Polarized Positive. Lawful Good. Service to all.
3. A bona fide Crown Prince.
4. The Prince of Peace.
5. The Truth.
6. the Light.
7. the Way.
8. Redemption.
9. Love.
10. Forgiveness.
11. Honor.
12. ~~HUMBLE~~.
13. Tuned in.
14. ~~THE ONE~~ → Player one(!)
15. A ~~Guardian of Truth~~.
16. Going to enjoy having Princess wives.
17. A good Father to my children.
18. Pure of heart.
19. Tired.
20. Persistent.
21. Honorable.
22. Just.
23. Thankful.
24. Honest (Honesty).

✶✶ (ADDITIONAL INFO (MEMORANDUM) ✶✶
Obviously this message is for those who are tuned in. ~~IAM IN GOD MODE~~. IAM A CREATOR. KINGS OF KINGS ARE SERVANTS OF ALL!!

Page 14 of 19

Pay attention. **I AM** a Galactic Federation of Light Administrator.

The Galactic Federation of Light had initiated a mission (spiritual) in 2011 (tied to the Mayan Calendar), titled "Operation Liberation Earth". This mission (Operation Liberation Earth) would become successful upon one of the Galactic Federation of Light's (GFL) operatives, (Souls) incarnate upon earth, to gain full control of (100% control) his/her own mind.

At which point the GFL operative (Polarized Positive. Lawful Good. Service to all) will effectively become the GFL's system administrator & will begin the audit of Planet Earth's Public Record.

**I AM** the Galactic Federation of Light's system administrator & **I AM** right at the finishline, as far as the completion of my audit.

Upon completion of the GFL's audit the GFL will officially enter **OPERATION RESTORATION EARTH**, which (the audit is complete enough for this GFL Planetary Auditor to have come to the determination that Planet Earth is inherently corrupt & is in dire need of a whole new set of system administrators). Consists of 4 (four) separate phases:

"In "the Best Interest of Justice & of the highest good for all" - Inupiaq Prince Agyik

(Operation Restoration Earth)

**★ EARTH NEEDS TO BE RESTORED ★★**

Phase 1 - Operation Impliment World Peace.

This will be done by bringing the international banking cartels to world court prosecution for (IMF, Bank of New York, Vatican Bank, World Bank, Federal Reserve System, Bank of London, et al.) for funding global-international-genocide, war crimes, crimes against

humanity. The bankers will lose influence over the banking institutions. The new system administrators will operate 100% transparent. Pursuant to the provisions

## NO DARK $$$

of "Earth's Planetary Cultural Restoration Project"
- NO $$ Funding the Planetary War Machine (oil, food, mechanics, waters, etc, ammo,)
- NO $$ Funding Biologically engineered viruses.
- NO $$ Funding Poverty.
- NO $$ Funding Starvation.
- NO $$ Funding lack of Healing High technologies & the suppression of cures to Cancer & Modern Viruses & diseases.
- NO $$ Funding the suppression of unlimited 100% renewable energy.
- All bombs (the most powerful & newest technology Nukes, EMP, & all other destructive weapons, biological, chemical, et al.) & weapons are to be loaded onto rockets & launched into the sun for proper disposal.
- NO $$ Funding Con Artist Corrupt Corporate Attorneys, ~~[scribbled]~~ & Politicians.

PHASE TWO –
Operation Impliment – Planetary Enlightenment

This memorandum is for the Players. I AM Player One! After the bankers lose influence of the banking cartels we use this influence to obtain influence over the public education system. Which will be called "Gods And Kings Institutes of Higher Learning". It will be this GKI system administrators recommendation to the Planetary Auditor, & of Planet Earth's Activation be based upon the teachings of JesusChrist & the principals outlined in Napolean Hill's publication "Outwitting the Devil" regarding what to teach children for the proper development of their Maximum Potential.

PHASE THREE –
Operation Impliment Individual Self Forgiveness on a Planetary Scale.

Page 16 of 19



Sunday, September 5, 2021  11:00 P.M

I AM here in service of All. All have an opportunity for redemption. Through this redemption, & with this opportunity to fix all of our mistakes (learn from them), on a global level, comes forgiveness of ourself for what (those) harms that we have caused & the opportunity for healing, growth, & the success of having assured that Planet Earth is now polarized 4th density Positive & the People of Planet Earth (All People of Planet Earth) have the (conscious) opportunity to graduate from the 3rd density of confusion into the 4th density of Love, healing, & Forgiveness.

PHASE FOUR -
<u>Operation Impliment Earth's Planetary Cultural Restoration Project</u> ☮

Under this Act the Nations are to be restored & everything that has been stolen is to be returned to its lawful heirs. The Nations will be guided by leaders, <u>Light workers</u> & <u>Redeemed Fallen Angels</u>, who are truely elected by the People, in a 100% transparent voting & political transparency. These <u>Bona Fide World Leaders</u> will unite to guide the <u>People of Planet Earth</u>

Page 17 of 19



to create teams to deliver Humanitarian aid, health care system upgrades, cures to all treatable diseases & viruses, food, water filtration systems, clothing, transportation, infrastructural rebuilds, & everything else needed to provide humanitarian aid & to begin rebuilding the Nations & the Earth's Planetary Technological Upgrades. We

My team is to be called "Team Armada" & will sail around the world with a fleet of ships delivering the provisions needed for aid & the Planetary Technological Upgrade. My sons are Princes. My daughter is a princess. Through their hands will be offered the birthright of our People & the restoration & healing of our People. Through their hands will be offered repayment/redemption of all that has been stolen from our People & the assurance that all land & assets that were stolen will be placed into a soon to be created trust (100% transparent) that is to be used for the betterment of our People as a whole.

**✱✱ADDITIONAL ATTACHMENTS✱✱**

1. Attachment #2, is the Front Page of a news article titled, "Tommie Wilson Renews Attack on State of Alaska for 'legal kidnapping'".

Page 18 of 19

2. Attachment #3 is a Previous Filing onto the United States Public Record, where it will (JH) never go away & it will remain available for Public review at any such time that the Public desires to review it, titled "For the Voiceless."

# MAXIMS OF LAW
**Black's Law Dictionary, 8th Ed, & 10th Ed.**
**Bouvier's 1856 Law Dictionary**

1. What the record proves to be true aught not to be denied.
2. The heir of my heir is my heir.
3. The heir is one with the ancestor.
4. The benefaction of a Prince aught to be lasting.
5. The Prince aught to preserve the laws, by which he himself is preserved.
6. Truth, by whomsoever pronounced, is from God.
7. Reason is a ray of the (JH) Divine Light.
8. Truth that is not sufficiently defended, & he who does not disapprove approves. → is overpowered
9. He who does not speak the truth is a traitor to the truth.
10. External actions reveal internal secrets.
11. It is a fraud to conceal a fraud.
12. The safety of the People is the Supreme Law.

_Inupiaq Prince Agvik_ – Guardian of Truth  9/5/2021
Inupiaq Prince Agvik a/k/a Louis Holger   Date
Guardian of Truth & Heir to the throne of the Arctic
Galactic Federation of Light – DE OPPRESSO LIBER ←!!
The Order of Melchizedek – Priest of God Most High
!! I AM * I AM !! I AM * I AM !!



Louis Holger EKLUND #396774
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska -99501-

District Court of the U.S.
For the District of Alaska
ATTN: Office of the Clerk of Court
222 West 7th Avenue. #4
Anchorage, Alaska
-99513-