# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS HOLGER EKLUND,<br><br>　　　　　　Defendant. | Case No. 3:18-cr-00035-SLG-MMS |

## ORDER RE REPORT AND RECOMMENDATION

　　　Before the Court at Docket 752 is Defendant Eklund's Motion for Medical Marijuana Permission Without a Medical Card.  The Government did not file a response to the Motion. The motion was referred to the Honorable Magistrate Judge Matthew M. Scoble.  At Docket 779, Judge Scoble issued his Report and Recommendation, in which he recommended that the motion be denied.  No objections to the Report and Recommendation were filed.

　　　The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1).  That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge."[1]  A court is to "make a de novo determination of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which objection is

---

[1] 28 U.S.C. § 636(b)(1).

made."[2] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The Magistrate Judge recommended that the Court deny the Motion for Medical Marijuana Permission Without a Medical Card. The Court has reviewed the Report and Recommendation and agrees that the motion must be DENIED. However, the Court does not adopt the report insofar as it may be read to imply that under certain circumstances, the conditions of federal supervised release may be modified to permit the use of medical marijuana. *See United States v. Langley,* 17 F. 4th 1273, 1274-75 (9th Cir. 2021). Based on the foregoing, IT IS ORDERED that the Motion for Medical Marijuana Permission Without a Medical Card at Docket 752 is DENIED.

DATED this 14th day of January 2025.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Case No. 3:18-cr-00035-SLG, *USA v. Eklund*
Order re Report and Recommendation
Page 2 of 2
Case 3:18-cr-00035-SLG-MMS   Document 783   Filed 01/14/25   Page 2 of 2